**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2326

-----------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 126**
**(Order Rescheduling Time of Status Conference on June 2, 2015)**

It is **ORDERED** that the Status Conference previously scheduled for Tuesday, June 2, 2015, at 9:30 a.m. is rescheduled to **Tuesday, June 2, 2015, at 1:00 p.m.** At that time, I will conduct a status conference in all MDLs except In re Neomedic, 2:14-md-2511, in Room 7800 of the Robert C. Byrd United States Courthouse. It is further **ORDERED** that (1) defendant client representative(s) with full authority to make all decisions related to MDL 2326; (2) in house counsel for defendant(s) with full authority to make all decisions related to MDL 2326; (3) settlement counsel (if any) for defendant(s); and (4) lead counsel for plaintiffs and defendant(s) attend the status conference.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2326 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:15-cv-06583. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent

pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: May 22, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE