IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

---

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3. Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before March 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before March 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 4524, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

MOSTYN LAW FIRM
ARNOLD & ITKIN

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 14-cv-30968 | WHITE, Linda and Clark White vs. Boston Scientific Corporation |
| 15-cv-08823 | WHITE, Lucia vs. Boston Scientific Corporation |
| 16-cv-09238 | WHITE, Marilyn and Aldridge White vs. Boston Scientific Corporation |
| 14-cv-21163 | WHITE, Myrtle vs. Boston Scientific Corporation |
| 16-cv-03755 | WHITE, Roni Sue vs. Boston Scientific Corporation |
| 16-cv-09332 | WHITE, Sandra and Joseph White vs. Boston Scientific Corporation |
| 14-cv-13898 | WHITE, Tanya vs. Boston Scientific Corporation |
| 14-cv-23001 | WHITE, Wauneen vs. Boston Scientific Corporation |
| ~~14-cv-30696~~ | ~~WHITMAN, Brenda vs. Boston Scientific Corporation~~ |
| 17-cv-03098 | WHITT, Nell vs. Boston Scientific Corporation |
| 14-cv-21506 | WHITT, Rose M. vs. Boston Scientific Corporation |
| 15-cv-09873 | WICKS, Tammy and Ronald Wicks vs. Boston Scientific Corporation |
| 14-cv-29804 | WIGHT, Sharon vs. Boston Scientific Corporation |
| 14-cv-21345 | WILCOX, Kim Leigh and Darren Wilcox vs. Boston Scientific Corporation |
| 16-cv-06039 | WILES, Terri vs. Boston Scientific Corporation |
| 14-cv-20895 | WILKERSON, Connie vs. Boston Scientific Corporation |

| | |
|---|---|
| 15-cv-16167 | WILKINSON, Elizabeth and Kevin Wilkinson vs. Boston Scientific Corporation |
| 15-cv-14538 | WILLIAMS, Barbara Wells vs. Boston Scientific Corporation |
| 14-cv-20880 | WILLIAMS, Brenda vs. Boston Scientific Corporation, |
| 16-cv-03512 | WILLIAMS, Carolyn and Donnie Williams vs. Boston Scientific Corporation |
| 14-cv-21313 | WILLIAMS, Charlotte M. and Thomas Williams vs. Boston Scientific Corporation |
| 14-cv-29923 | WILLIAMS, Christine vs. Boston Scientific Corporation |
| 15-cv-08825 | WILLIAMS, Joannah and Daryl Williams vs. Boston Scientific Corporation |
| 15-cv-13831 | WILLIAMS, Judith and Wayne Williams vs. Boston Scientific Corporation |
| 16-cv-03793 | WILLIAMS, Mary and Curtis Williams vs. Boston Scientific Corporation |
| 14-cv-18448 | WILLIAMS, Patricia Ann and Jimmy Williams vs. Boston Scientific Corporation |
| 15-cv-08826 | WILLIAMS, Roxanne vs. Boston Scientific Corporation |
| 14-cv-13587 | WILLIAMS, Sandra and Glenn L. Williams vs. Boston Scientific Corporation |
| 15-cv-09293 | WILLIAMS, Shawanna vs. Boston Scientific Corporation |
| 16-cv-12171 | WILLIAMSON, Carla vs. Boston Scientific Corporation |
| 16-cv-04639 | WILLIAMSON, Shalifa and DaVarryl Williamson vs. Boston Scientific Corporation, |
| 14-cv-23148 | WILLSON, Shirley and Harlan M. Willson vs. Boston Scientific Corporation |
| 14-cv-14029 | WILSON, Angela vs. Boston Scientific Corporation |
| 14-cv-30720 | WILSON, Felicitas vs. Boston Scientific Corporation |
| 14-cv-30723 | WILSON, Gayle vs. Boston Scientific Corporation |
| 15-cv-08829 | WILSON, Jo-Anne vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-20939 | WILSON, Madge vs. Boston Scientific Corporation, |
| 13-cv-34018 | WILSON, Sandy vs. Boston Scientific Corporation |
| 14-cv-12181 | WILSON, Stella Onita vs. Boston Scientific Corporation |
| 15-cv-08074 | WILSON, Susan vs. Boston Scientific Corporation |
| 16-cv-06555 | WILSON, Sylvia and William Wilscon vs. Boston Scientific Corporation |
| 16-cv-00801 | WIMBERLEY, Christina and Cordie Wimberley vs. Boston Scientific Corporation |
| 16-cv-03598 | WINDAU, Linda vs. Boston Scientific Corporation |
| 14-cv-23675 | WINDELS, Carrie Lynn and Thomas Andrew Windels vs. Boston Scientific Corporation |
| 16-cv-10345 | WINDHAM, Judith vs. Boston Scientific Corporation |
| 16-cv-09635 | WINGO, Sandra vs. Boston Scientific Corporation |
| 16-cv-09428 | WINTERS, Kristi vs. Boston Scientific Corporation |
| 15-cv-15897 | WISE, Belinda vs. Boston Scientific Corporation |
| 15-cv-13852 | WISE, Devin and William Wise vs. Boston Scientific Corporation |
| 16-cv-02713 | WISHON, Kathryn and William Wishon vs. Boston Scientific Corporation |
| 17-cv-03099 | WOELFEL, Susan vs. Boston Scientific Corporation |
| 15-cv-15898 | WOLF, Marsha vs. Boston Scientific Corporation |
| 14-cv-13300 | WOLFARD, Roberta vs. Boston Scientific Corporation |
| 14-cv-21029 | WOLTER, Michelle vs. Boston Scientific Corporation |
| 16-cv-08650 | WOOD, Darlene vs. Boston Scientific Corporation |
| 16-cv-04290 | WOOD, Melissa and Michael Wood vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-05243 | WOOD, Tamala and Robert C. Wood, Jr. vs. Boston Scientific Corporation |
| 14-cv-18474 | WOODBURN, Christie Ann and Darren Woodburn vs. Boston Scientific Corporation |
| 17-cv-03456 | WOODBURY, Shana vs. Boston Scientific Corporation |
| 15-cv-14814 | WOODRING, Amelia vs. Boston Scientific Corporation |
| 14-cv-30602 | WOODS, Carmilla vs. Boston Scientific Corporation |
| 15-cv-15071 | WOODS, Latricia L. vs. Boston Scientific Corporation |
| 15-cv-13853 | WORDEN, Bethany and David A. Worden vs. Boston Scientific Corporation |
| 16-cv-09046 | WORTHINGTON, Dora and William Worthington vs. Boston Scientific Corporation |
| 16-cv-03875 | WRENN-CASTILLO, Gloria and Carlos Castillo vs. Boston Scientific Corporation |
| 15-cv-16152 | WRIGHT, Amy and Michael Belote vs. Boston Scientific Corporation |
| 16-cv-10274 | WRIGHT, Cheryl vs. Boston Scientific Corporation |
| 16-cv-05302 | WRIGHT, Gladys vs. Boston Scientific Corporation |
| 15-cv-15113 | WRIGHT, Pamela vs. Boston Scientific Corporation |
| 16-cv-04251 | WRIGHT, Patricia and Stanley Wright vs. Boston Scientific Corporation |
| 14-cv-12385 | WRIGHT, Sherry and Bruce Wright vs. Boston Scientific Corporation |
| 16-cv-08578 | WUNDERLICH, Beverley vs. Boston Scientific Corporation, Johnson & Johnson, and Ethicon, Inc. |
| 16-cv-05375 | WYATT, Carla and Farrel Wyatt vs. Boston Scientific Corporation |
| 16-cv-09239 | WYMAN, Bertha vs. Boston Scientific Corporation |
| 13-cv-34027 | WYNNE, Ellen vs. Boston Scientific Corporation |
| 15-cv-15121 | WYRICK, Marshel v Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-10885 | YANKEE, Cindy vs. Boston Scientific Corporation |
| 16-cv-11466 | YARBOROUGH, Crystal vs. Boston Scientific Corporation |
| 15-cv-14816 | YATES, Katina R. vs. Boston Scientific Corporation |
| 16-cv-02711 | YATSKO, Shirley and Joseph Yatsko vs. Boston Scientific Corporation |
| 14-cv-31484 | YEARSLEY, Florence vs. Boston Scientific Corporation |
| 16-cv-10346 | YI, Marissa vs. Boston Scientific Corporation |
| 14-cv-21165 | YOUNG, Carolyn Hewett and Charles Young vs. Boston Scientific Corporation |
| 16-cv-03881 | YOUNG, Karen and Ronald Young vs. Boston Scientific Corporation |
| 14-cv-31399 | YOUNG, Keena vs. Boston Scientific Corporation |
| 14-cv-23677 | YOUNG, Sharon Kay and Alan Young vs. Boston Scientific Corporation |
| 16-cv-11616 | YOUNGS, Becky vs. Boston Scientific Corporation |
| 16-cv-06444 | ZAMORA, Georgina and Jesus Zamora vs. Boston Scientific Corporation |
| 13-cv-34029 | ZAVALA, Ines and Juan Zavala vs. Boston Scientific Corporation |
| 15-cv-08834 | ZEHR, Constance vs. Boston Scientific Corporation |
| 14-cv-31301 | ZINNER, Nancy and Gilbert P. Zinner vs. Boston Scientific Corporation |
| 16-cv-10269 | ZINSMAYER, Marie vs. Boston Scientific Corporation |
| 15-cv-10462 | ZUCKER, Constance and Christopher J. Zucker vs. Boston Scientific Corporation |