IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2326

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

# ORDER
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2326, 2:12-md-2326 [ECF No. 7793], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and Boston Scientific Corporation, seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2326 and in the individual cases listed on the attached Exhibit A.

ENTER: March 6, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| CASE NUMBER | CASE NAME |
|---|---|
| 17-cv-03233 | TROUTMAN, Mary vs. Boston Scientific Corporation |
| 16-cv-09044 | TROWBRIDGE, Judith (Judy) and William Trowbridge vs. Boston Scientific Corporation |
| 14-cv-30241 | TRUJILLO, Bridgette vs. Boston Scientific Corporation |
| 14-cv-31230 | TRUJILLO, Herlinda G. vs. Boston Scientific Corporation |
| 16-cv-08646 | TRUSSELL, Amber vs. Boston Scientific Corporation |
| 15-cv-08687 | TUCKER, Angela and William Tucker vs. Boston Scientific Corporation |
| 15-cv-15070 | TUCKER, Margaret Jane vs. Boston Scientific Corporation |
| 16-cv-07062 | TURBEVILLE, Betty and Douglas Turbeville vs. Boston Scientific Corporation |
| 16-cv-07361 | TURNBULL, Patricia and James Turnbull vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-31231 | TURNER, Briggite vs. Boston Scientific Corporation |
| 14-cv-30328 | TURNER, Glinda vs. Boston Scientific Corporation |
| 16-cv-00399 | TURNER, Lula and James D. Turner vs. Boston Scientific Corporation |
| 16-cv-08448 | TWISS, Ramona vs. Boston Scientific Corporation |
| 16-cv-04637 | UHIREN, Cindy and Mark Uhiren vs. Boston Scientific Corporation |
| 17-cv-02098 | UMBACH, Mary Lou vs. Boston Scientific Corporation |
| 15-cv-10435 | UNDERWOOD, Antoinette vs. Boston Scientific Corporation |
| 15-cv-16047 | UNDERWOOD, Heather and James Underwood vs. Boston Scientific Corporation |
| 15-cv-15392 | UNGER, Kristen Dawne and Paul Unger vs. Boston Scientific Corporation |
| 16-cv-02041 | URBAN, Kathy and Ronald Urban vs. Boston Scientific Corporation |
| 16-cv-02079 | VAGNER, Ruth Ann and Donald Vagner vs. Boston Scientific Corporation |

| | |
|---|---|
| 15-cv-08013 | VAILLANCOURT, Carole vs. Boston Scientific Corporation |
| 16-cv-02810 | VALENCIA, Maria vs. Boston Scientific Corporation, |
| 15-cv-08691 | VAN DE MARK, Elizabeth vs. Boston Scientific Corporation |
| 14-cv-29821 | VAN DRESER, Donna vs. Boston Scientific Corporation |
| 15-cv-10784 | VANCE, April vs. Boston Scientific Corporation |
| 16-cv-02850 | VANCE, Ramona vs. Boston Scientific Corporation |
| 14-cv-12161 | VANDIVER, June vs. Boston Scientific Corporation |
| 14-cv-31232 | VARELA, Ana and Librado Verela vs. Boston Scientific Corporation |
| 15-cv-08067 | VARGA, Terri and Dennis Varga vs. Boston Scientific Corporation |
| 14-cv-30329 | VAUGHN, Serina vs. Boston Scientific Corporation |
| 15-cv-15889 | VAUGHN, Vernell vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-30402 | VELASQUEZ, Tarcila and Julian Velasquez vs. Boston Scientific Corporation |
| 15-cv-08692 | VELAZQUEZ, Nelida vs. Boston Scientific Corporation |
| 16-cv-10381 | VELAZQUEZ, Tammy vs. Boston Scientific Corporation |
| 14-cv-12162 | VILLALOBOS, Frances vs. Boston Scientific Corporation |
| 14-cv-29979 | VILMUR, Sharon and Joe Vilmur vs. Boston Scientific Corporation |
| 16-cv-03036 | VINCENT, Helen and Richard L. Vincent, Sr. vs. Boston Scientific Corporation |
| 14-cv-13706 | VINSON, Jacqueline vs. Boston Scientific Corporation |
| 14-cv-23135 | VIZARRAGA, Jesica Micheline vs. Boston Scientific Corporation |
| 15-cv-15411 | VOGEL, Carolyn vs. Boston Scientific Corporation |
| 15-cv-08090 | VOLZ, Lisa and Carl Volz vs. Boston Scientific Corporation |
| 15-cv-10790 | VOORHESS, Teresa and Kevin Voorhees vs. Boston Scientific Corporation |

| | |
|---|---|
| 15-cv-10444 | VOTINO, Noelle M. vs. Boston Scientific Corporation |
| 16-cv-07363 | VRUWINK, Maureen vs. Boston Scientific Corporation |
| 14-cv-30407 | WACHOWSKI, Lorraine and Kevin Wachowski vs. Boston Scientific Corporation |
| 16-cv-04564 | WADDELL, Nancy vs. Boston Scientific Corporation |
| 15-cv-09282 | WAGERS, Regina and Dennis Wagers vs. Boston Scientific Corporation |
| 16-cv-02849 | WAGNER, Joanne and Dennis Wagner vs. Boston Scientific Corporation |
| 13-cv-33998 | WAGONER, Debra Ann and Steve Wagoner vs. Boston Scientific Corporation |
| 15-cv-09285 | WALDUN, Erlene vs. Boston Scientific Corporation |
| 16-cv-03033 | WALKER, Dawn vs. Boston Scientific Corporation |
| 14-cv-13052 | WALKER, Doris vs. Boston Scientific Corporation |
| 14-cv-23004 | WALKER, Gloria vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-30617 | WALKER, Lisa vs. Boston Scientific Corporation |
| 14-cv-12180 | WALKER, Tammy vs. Boston Scientific Corporation |
| 13-cv-19700 | WALKER, Theresa Gail and John R. Walker vs. Boston Scientific Corporation |
| 14-cv-30643 | WALKER, Tonia vs. Boston Scientific Corporation |
| 14-cv-29975 | WALKER, Uretta Louise and John Walker vs. Boston Scientific Corporation |
| 14-cv-23686 | WALLACE, Linda C. vs. Boston Scientific Corporation |
| 16-cv-05154 | WALLACE, Linda vs. Boston Scientific Corporation |
| 14-cv-23687 | WALLER, LaFreda and Eugene Waller vs.Boston Scientific Corporation |
| 14-cv-30597 | WALLS, Sondra and Donald Walls vs. Boston Scientific Corporation |
| 15-cv-09871 | WALLWORTH, Arlene vs. Boston Scientific Corporation |
| 15-cv-08694 | WALTHALL, LaVern C. and Kevin Walthall vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-03305 | WALTON, Sue vs. Boston Scientific Corporation |
| 16-cv-09045 | WANEK, Stephanie vs. Boston Scientific Corporation |
| 14-cv-20975 | WARNER, Trudy E. and Douglas Warner vs. Boston Scientific Corporation |
| 14-cv-05996 | WARNICK, Brenda Lou and John Douglas Warnick vs. Boston Scientific Corporation |
| 16-cv-02042 | WARREN, Laura vs. Boston Scientific Corporation |
| 15-cv-15413 | WARREN, Monica vs. Boston Scientific Corporation |
| 15-cv-09296 | WARREN, Sandra D. vs. Boston Scientific Corporation |
| 14-cv-29965 | WASKOSKY, Susanne M. and Mark Waskosky vs. Boston Scientific Corporation |
| 16-cv-07257 | WATERS, Barbara vs. Boston Scientific Corporation |
| 13-cv-30885 | WATERS, Cynthia vs. Boston Scientific Corporation |
| 15-cv-16110 | WATERS, M. Michelle and Lee C. Waters vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-04929 | WATKINS, Sandra and Royce Watkins vs. Boston Scientific Corporation |
| 14-cv-31288 | WEAVER, Cheryl and Anthony Weaver vs. Boston Scientific Corporation |
| 15-cv-08820 | WEBEL, Gloria vs. Boston Scientific Corporation |
| 15-cv-14146 | WECHSLER, Ethel vs. Boston Scientific Corporation |
| 14-cv-13708 | WEINER, Johanna M. vs. Boston Scientific Corporation |
| 14-cv-23672 | WEINGROT, Cynthia Louise vs. Boston Scientific Corporation |
| 16-cv-05652 | WENZEL, Cynthia and Wilbert Wenzel vs. Boston Scientific Corporation |
| 14-cv-30601 | WESTBROOK, Wanda and Steve Westbrook vs. Boston Scientific Corporation |
| 14-cv-30967 | WESTBROOKS, Toni vs. Boston Scientific Corporation |
| 16-cv-02043 | WESTFALL, Mary and Thomas Westfall vs. Boston Scientific Corporation |
| 15-cv-14541 | WHATLEY, Victoria A. vs. Boston Scientific Corporation |

| | |
|---|---|
| 15-cv-13832 | WHEELBARGER, Donna and Charles Wheelbarger vs. Boston Scientific Corporation |
| 14-cv-13297 | WHIPPLE, Melissa and Larry E. Whipple vs. Boston Scientific Corporation |
| 16-cv-04475 | WHIPPLE, Petra and Gary Whipple vs. Boston Scientific Corporation |
| 14-cv-11389 | WHITE, Alice J. and Ralph White vs. Boston Scientific Corporation |
| 15-cv-13830 | WHITE, Cynthia vs. Boston Scientific Corporation |
| 14-cv-31471 | WHITE, Erice vs. Boston Scientific Corporation |
| 15-cv-08823 | WHITE, Lucia vs. Boston Scientific Corporation |
| 16-cv-09238 | WHITE, Marilyn and Aldridge White vs. Boston Scientific Corporation |
| 14-cv-21163 | WHITE, Myrtle vs. Boston Scientific Corporation |
| 16-cv-09332 | WHITE, Sandra and Joseph White vs. Boston Scientific Corporation |
| 14-cv-13898 | WHITE, Tanya vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-30969 | WHITMAN, Brenda vs. Boston Scientific Corporation |
| 17-cv-03098 | WHITT, Nell vs. Boston Scientific Corporation |
| 14-cv-21506 | WHITT, Rose M. vs. Boston Scientific Corporation |
| 15-cv-09873 | WICKS, Tammy and Ronald Wicks vs. Boston Scientific Corporation |
| 14-cv-21345 | WILCOX, Kim Leigh and Darren Wilcox vs. Boston Scientific Corporation |
| 16-cv-06039 | WILES, Terri vs. Boston Scientific Corporation |
| 14-cv-20895 | WILKERSON, Connie vs. Boston Scientific Corporation |
| 15-cv-16167 | WILKINSON, Elizabeth and Kevin Wilkinson vs. Boston Scientific Corporation |
| 14-cv-20880 | WILLIAMS, Brenda vs. Boston Scientific Corporation, |
| 14-cv-21313 | WILLIAMS, Charlotte M. and Thomas Williams vs. Boston Scientific Corporation |
| 14-cv-29923 | WILLIAMS, Christine vs. Boston Scientific Corporation |

| | |
|---|---|
| 15-cv-13831 | WILLIAMS, Judith and Wayne Williams vs. Boston Scientific Corporation |
| 16-cv-03793 | WILLIAMS, Mary and Curtis Williams vs. Boston Scientific Corporation |
| 14-cv-18448 | WILLIAMS, Patricia Ann and Jimmy Williams vs. Boston Scientific Corporation |
| 15-cv-08826 | WILLIAMS, Roxanne vs. Boston Scientific Corporation |
| 16-cv-12171 | WILLIAMSON, Carla vs. Boston Scientific Corporation |
| 16-cv-04639 | WILLIAMSON, Shalifa and DaVarryl Williamson vs. Boston Scientific Corporation, |
| 14-cv-23148 | WILLSON, Shirley and Harlan M. Willson vs. Boston Scientific Corporation |
| 14-cv-30720 | WILSON, Felicitas vs. Boston Scientific Corporation |
| 14-cv-30723 | WILSON, Gayle vs. Boston Scientific Corporation |
| 14-cv-20939 | WILSON, Madge vs. Boston Scientific Corporation, |
| 13-cv-34018 | WILSON, Sandy vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-06555 | WILSON, Sylvia and William Wilscon vs. Boston Scientific Corporation |
| 16-cv-00801 | WIMBERLEY, Christina and Cordie Wimberley vs. Boston Scientific Corporation |
| 16-cv-03598 | WINDAU, Linda vs. Boston Scientific Corporation |
| 14-cv-23675 | WINDELS, Carrie Lynn and Thomas Andrew Windels vs. Boston Scientific Corporation |
| 16-cv-10345 | WINDHAM, Judith vs. Boston Scientific Corporation |
| 16-cv-09635 | WINGO, Sandra vs. Boston Scientific Corporation |
| 16-cv-09428 | WINTERS, Kristi vs. Boston Scientific Corporation |
| 15-cv-15897 | WISE, Belinda vs. Boston Scientific Corporation |
| 15-cv-13852 | WISE, Devin and William Wise vs. Boston Scientific Corporation |
| 16-cv-02713 | WISHON, Kathryn and William Wishon vs. Boston Scientific Corporation |
| 17-cv-03099 | WOELFEL, Susan vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-21029 | WOLTER, Michelle vs. Boston Scientific Corporation |
| 16-cv-08650 | WOOD, Darlene vs. Boston Scientific Corporation |
| 16-cv-04290 | WOOD, Melissa and Michael Wood vs. Boston Scientific Corporation |
| 16-cv-05243 | WOOD, Tamala and Robert C. Wood, Jr. vs. Boston Scientific Corporation |
| 14-cv-18474 | WOODBURN, Christie Ann and Darren Woodburn vs. Boston Scientific Corporation |
| 17-cv-03456 | WOODBURY, Shana vs. Boston Scientific Corporation |
| 15-cv-14814 | WOODRING, Amelia vs. Boston Scientific Corporation |
| 14-cv-30602 | WOODS, Carmilla vs. Boston Scientific Corporation |
| 15-cv-15071 | WOODS, Latricia L. vs. Boston Scientific Corporation |
| 16-cv-09046 | WORTHINGTON, Dora and William Worthington vs. Boston Scientific Corporation |
| 16-cv-03875 | WRENN-CASTILLO, Gloria and Carlos Castillo vs. Boston Scientific Corporation |

| | |
|---|---|
| 15-cv-16152 | WRIGHT, Amy and Michael Belote vs. Boston Scientific Corporation |
| 16-cv-10274 | WRIGHT, Cheryl vs. Boston Scientific Corporation |
| 16-cv-05302 | WRIGHT, Gladys vs. Boston Scientific Corporation |
| 15-cv-15113 | WRIGHT, Pamela vs. Boston Scientific Corporation |
| 16-cv-04251 | WRIGHT, Patricia and Stanley Wright vs. Boston Scientific Corporation |
| 14-cv-12385 | WRIGHT, Sherry and Bruce Wright vs. Boston Scientific Corporation |
| 16-cv-08578 | WUNDERLICH, Beverley vs. Boston Scientific Corporation, Johnson & Johnson, and Ethicon, Inc. |
| 16-cv-05375 | WYATT, Carla and Farrel Wyatt vs. Boston Scientific Corporation |
| 16-cv-09239 | WYMAN, Bertha vs. Boston Scientific Corporation |
| 13-cv-34027 | WYNNE, Ellen vs. Boston Scientific Corporation |
| 16-cv-10885 | YANKEE, Cindy vs. Boston Scientific Corporation |

| | |
|---|---|
| 15-cv-14816 | YATES, Katina R. vs. Boston Scientific Corporation |
| 16-cv-02711 | YATSKO, Shirley and Joseph Yatsko vs. Boston Scientific Corporation |
| 14-cv-31484 | YEARSLEY, Florence vs. Boston Scientific Corporation |
| 16-cv-03881 | YOUNG, Karen and Ronald Young vs. Boston Scientific Corporation |
| 14-cv-31399 | YOUNG, Keena vs. Boston Scientific Corporation |
| 14-cv-23677 | YOUNG, Sharon Kay and Alan Young vs. Boston Scientific Corporation |
| 16-cv-11616 | YOUNGS, Becky vs. Boston Scientific Corporation |
| 16-cv-06444 | ZAMORA, Georgina and Jesus Zamora vs. Boston Scientific Corporation |
| 13-cv-34029 | ZAVALA, Ines and Juan Zavala vs. Boston Scientific Corporation |
| 15-cv-08834 | ZEHR, Constance vs. Boston Scientific Corporation |
| 14-cv-31301 | ZINNER, Nancy and Gilbert P. Zinner vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-10269 | ZINSMAYER, Marie vs. Boston Scientific Corporation |